# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYANNA VICTORIA SMITH,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 3:16-cv-01212-GPC-NLS<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*** <br><br>[Dkt. No. 2] |

　　　On May 19, 2016, Plaintiff Ayanna Victoria Smith ("Plaintiff") filed a motion to proceed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a). (Dkt. No. 2.) All proceedings filed with the District Court require a filing fee unless the Court grants IFP status, waiving the fee. Rodriguez v. Cook, 169 F.3d 1176, 1177 (9th Cir. 1999). Under 28 U.S.C. § 1915(a), the Court may waive the filing fee if a party demonstrates an inability to pay by submitting an affidavit reporting all assets of the individual. 28 U.S.C. § 1915(a).

　　　Here, Plaintiff submitted a declaration reporting that she is not presently employed and has not worked since 2009. She states that she receives $459.00 per month in Food Stamps and child support ranging between $600 to $1126 per month. Plaintiff reports having $103.00 in a checking account. She does not own a car or any real estate, stocks, bonds, securities or other valuable property. She supports three children. Her current obligations include $214 for rent, $100 to $150 for utilities and

1  $40 to $100 for miscellaneous expenses for her children.  She does not have any other
2  debts or any other assets.
3      In consideration of Plaintiff's application, she has sufficiently demonstrated that
4  she is unable to pay the required filing fee and meets the requirements to proceed IFP.
5  Therefore, the Court **GRANTS** Plaintiff's motion to proceed IFP.
6      **IT IS SO ORDERED.**

8  DATED:  May 24, 2016

                          HON. GONZALO P. CURIEL
                          United States District Judge